**BRIAN T. DUNN, ESQ. (SBN 176502)**
Email: bdunn@cochranfirm.com
**MEGAN R. GYONGYOS, ESQ. (SBN 285476)**
Email: mgyongyos@cochranfirm.com
**THE COCHRAN FIRM CALIFORNIA**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010-3856
Telephone: (323) 435-8205
Facsimile: (323) 282-5280

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SMITH, an individual,<br><br>          Plaintiff,<br><br>v.<br><br>DETECTIVE BRUCE LINN, an individual, and DOES 1 through 10, inclusive,<br><br>          Defendants. | **CASE NO.: SACV15-1776 CJC (DFMx)**<br><br>[Assigned to the Hon. Cormac J. Carney, United States District Judge]<br><br>**STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE** |

1

**TO THIS HONORABLE COURT:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff DANIEL SMITH and Defendant DETECTIVE BRUCE LINN, by and through their respective counsel of record, hereby request and stipulate to dismissal of the above-entitled action, with prejudice, as to all parties and claims. Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: July 31, 2017            Respectfully submitted,

**THE COCHRAN FIRM CALIFORNIA**

By: /s/ Brian T. Dunn
      BRIAN T. DUNN
      MEGAN R. GYONGYOS
      Attorneys for Plaintiff

DATED: July 31, 2017            Respectfully submitted,

**KRISTIN A. PELLETIER**
**ACTING CITY ATTORNEY**

By: /s/ Gregg M. Audet
      GREGG M. AUDET
      Attorneys for Defendant